Gregory J. Marshall (#019886)
Domingos R. Santos, Jr. (#025735)
SNELL & WILMER L.L.P.
400 East Van Buren St.
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
gmarshall@swlaw.com
drsantos@swlaw.com
Attorneys for Defendant
Wells Fargo, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| RACHEL A. EARL,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM HOME MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., MARK S. BOSCO, MICHAEL A. BOSCO, JR., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., ARIZONA TITLE AGENCY, INC., and JOE DOE and JANE DOE, one up,<br><br>Defendants. | No. CV-10-0678-PHX-ROS<br><br>**MOTION TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), by and through undersigned counsel, moves this Court to extend the deadline for Wells Fargo to answer, move or otherwise respond to Plaintiff's Verified Complaint for Emergency Temporary Restraining Order and Request for Declaratory and Injunctive Relief (the "Complaint") to Thursday, April 8, 2010 (hereinafter, the "Motion").

Pursuant to L.R.Civ. 7.3(b), Wells Fargo makes the following statement regarding the position of each other party:

<u>Plaintiff Rachel A. Earl</u>:  Plaintiff did not list a telephone number in her complaint.  Therefore, Wells Fargo was unable to determine Plaintiff's position on the Motion.

11372829.1

1   <u>Defendant Freedom Home Mortgage Corporation</u>: Upon information and belief, Defendants Freedom Home Mortgage Corporation has not been served with a copy of the Summons and the Complaint.  Therefore, Wells Fargo was unable to determine its position on the Motion.

<u>Defendants Mark S. Bosco and Michael A. Bosco, Jr.</u>: Wells Fargo sent an electronic mail message to William M. Fischbach III, counsel of record for defendants Mark S. Bosco and Michael A. Bosco, Jr., seeking consent to the Motion.  Defendants Mark S. Bosco and Michael A. Bosco, Jr. stated through counsel that they have no objection to the Motion.

<u>Defendant Mortgage Electronic Registration Systems, Inc.</u>: Upon information and belief, Defendants Mortgage Electronic Registration Systems, Inc. has not been served with a copy of the Summons and the Complaint.  Therefore, Wells Fargo was unable to determine its position on the Motion.

<u>Defendant Arizona Title Agency, Inc.</u>: Upon information and belief, Defendant Arizona Title Agency, Inc. is no longer in operation and has filed a voluntary Chapter 11 petition in the United States Bankruptcy Court for the District of Colorado.  *In re Arizona Title Agency, Inc.*, No. 08-26834-MER (Bankr. D. Colo.).  Defendant Arizona Title Agency, Inc. has not appeared and no telephone number is available in the record.

RESPECTFULLY SUBMITTED this 1st day of April, 2010.

SNELL & WILMER

By: *s/ Domingos R. Santos, Jr.*
    Gregory J. Marshall
    Domingos R. Santos, Jr.
    One Arizona Center
    400 E. Van Buren St.
    Phoenix, Arizona 85004-2202
    Attorneys for Defendant
    Wells Fargo Bank, N.A.

11372829.1

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on 1st day of April, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Leonard J. McDonald
William F. Fischbach III
Tiffany & Bosco, P.A.
Third Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ  85016-4237
Attorneys for Mark S. Bosco and Michael A. Bosco, Jr.

I hereby certify that on 1st day of April, 2010, I served the foregoing document by mailing a copy to the following Party who is not a registered participant of the CM/ECF System:

Rachel A. Earl
1311 S. Claiborne Ave.
Gilbert, AZ 85296
Plaintiff Pro Se

Freedom Home Mortgage Corporation
907 Pleasant Valley Avenue
Mt. Laurel, NJ 08054
Defendant Pro Se

Arizona Title Agency, Inc.
4041 N. Central Ave., No. D-100
Phoenix, AZ 85012

Mortgage Electronic Registration Systems, Inc.
7301 Baymeadows Way
Jacksonville, FL 32256

I also certify that on the 1st day of April, 2010, I transmitted a courtesy copy of the foregoing document and any attachments by hand delivery to the judge assigned to this litigation.

                                               *s/ Domingos R. Santos, Jr.*

**Snell & Wilmer**
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

11372829.1