# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RACHEL A. EARL,<br><br>              Plaintiff,<br><br>v.<br><br>FREEDOM HOME MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., MARK S. BOSCO, MICHAEL A. BOSCO, JR., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., ARIZONA TITLE AGENCY, INC., and JOE DOE and JANE DOE, one up,<br><br>              Defendants. | No. CV-10-0678-PHX-ROS<br><br>**ORDER EXTENDING DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**<br><br>**(First Request)** |

      HAVING REVIEWED THE MOTION TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT;

      IT IS ORDERED that the time within which Defendant may answer, move or otherwise respond to Plaintiff's Complaint is extended to April 8, 2010.

11373588.1