IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Rachel A. Earl, | ) | No. CV-10-00678-PHX-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Freedom Home Mortgage Corp., et al., | ) | |
| Defendants. | ) | |

Plaintiff seeks an extension of time to file her amended complaint. Good cause appearing, that request will be granted. Plaintiff also claims that "proper service [of the motions to dismiss] was not performed by Certified Mail or Licensed Process Server." As shown in Defendants' filings, the motions to dismiss were mailed to Plaintiff's address on file. Defendants were not required to send the motions via certified mail or licensed process server. *See* Fed. R. Civ. P. 5 (allowing for motions to be served by mail). Thus, Plaintiff's request that Defendants "assure perfection of service" will be denied.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Extension of Time (Doc. 12) is **GRANTED IN PART**. Plaintiff shall file her amended complaint no later than July 12, 2010.

DATED this 27th day of May, 2010.

_____
Roslyn O. Silver
United States District Judge